IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **OMG LP, JOHN GALLO,** | § | |
| **and GREG MARTIN,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. **3:13-CV-1404-L** |
| | § | |
| **HERITAGE AUCTIONS, INC.** | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

This case was referred to Magistrate Judge Irma Castillo Ramirez, who entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on April 14, 2015, recommending that the court deny Plaintiffs' Motion for Attorneys' Fees and Costs. The United States Court of Appeals for the Fifth Circuit recently reversed the district court, remanded this case, and directed the court to confirm the arbitration award in favor of Defendant.

Accordingly, the court **determines** that the magistrate judge's findings and conclusions are no longer applicable, and **rejects** the Report **as moot**. The court **denies as moot** Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 48).

**It is so ordered** this 30th day of June, 2015.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order - Solo Page